

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

March 19, 2024

L0396-L01-0003918 T00014 P003 ▀▀▀▀▀▀SCH 5-DIGIT 14208
ROBERT JOHNSON
65 SIDNEY ST
BUFFALO, NY 14211-1134



# NOTICE OF SECURITY INCIDENT

Dear Robert Johnson:

Western New York Independent Living, Inc. ("WNYIL") is providing notice of an event that may impact the privacy of some of your personal information. WNYIL takes this incident very seriously, and we are providing information about the incident, our response to it, and resources available to you to help protect your information, should you feel it appropriate to do so.

**What Happened?** On November 4, 2023, WNYIL discovered suspicious activity within our network. In response, we immediately took steps to secure our systems and initiated an investigation into the nature and scope of the event with the assistance of forensic specialists. The investigation determined that an unauthorized actor gained access to certain systems in our network between October 12, 2023 and November 4, 2023. We identified the affected files and conducted a comprehensive and thorough review in order to identify the type of information contained therein, and to whom the information relates. On January 19, 2024, WNYIL concluded its extensive review of the impacted data, and began working to determine contact information and notify potentially impacted individuals.

**What Information Was Involved?** Our review determined that the following types of information were present in the files that were accessed and acquired by the unauthorized actor: your name, name and date of service. Although the investigation was unable to confirm whether your information was actually viewed by the unauthorized actor, we are unable to rule out this possibility. Please note that WNYIL is not aware of actual or attempted fraudulent misuse of any individual's information as a result of this event.

**What We Are Doing.** The confidentiality, privacy, and security of personal information is among our highest priorities, and we have strict security measures in place to protect information in our care. Upon becoming aware of this incident, we immediately took steps to secure our systems and performed a full investigation. We have implemented additional security measures to further protect against similar incidents moving forward. Federal law enforcement is aware of this incident, and we also notified applicable regulators as required, including the U.S. Department of Health and Human Services.

Additionally, as an added precaution, we are offering you credit monitoring and identity theft protection services for 12 months through Experian, at no cost to you. Instructions for enrolling in the credit monitoring services, as well additional information on how to better protect against identity theft or fraud, are included in the attached *Steps You Can Take to Protect Personal Information*.

B116607

0003918

L0396-L01

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. You may also review the information contained in the enclosed *Steps You Can Take to Protect Personal Information*. There you will also find more information on the complimentary credit monitoring and identity theft protection services we are making available to you.

**For More Information.** If you have additional questions or need assistance, please call our dedicated assistance line at 833-918-1153 between the hours of 9am to 9pm Eastern time, Monday through Friday, excluding all major U.S. holidays. You may also write to WNYIL at 3108 Main Street, Buffalo, NY 14214.

We sincerely regret any inconvenience or concern this incident may cause you. Protecting your information is very important to us, and we remain committed to safeguarding the information in our care.

Sincerely,

Western New York Independent Living, Inc.

B116607

L0396-L01

## STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION

### Enroll in Monitoring and Resolution Services

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that Identity Restoration is available to you for 12 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 12-month membership. This product provides you with superior identity detection and resolution of identity theft. To start monitoring your personal information, please follow the steps below:

- Ensure that you **enroll by: July 1, 2024** (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/credit
- Provide your **activation code: 8FV5BRGVR**

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident, or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 833-918-1153 by July 1, 2024. Be prepared to provide engagement number B116607 as proof of eligibility for the Identity Restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR 12-MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP

A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **$1 Million Identity Theft Insurance:** Provides coverage for certain costs and unauthorized electronic fund transfers.

\* Offline members will be eligible to call for additional reports quarterly after enrolling.

\*\* The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

## STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION

### Enroll in Monitoring and Resolution Services

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that Identity Restoration is available to you for 12 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 12-month membership. This product provides you with superior identity detection and resolution of identity theft. To start monitoring your personal information, please follow the steps below:

- Ensure that you **enroll by: July 1, 2024** (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/credit
- Provide your **activation code: 8FV5BRGVR**

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident, or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 833-918-1153 by July 1, 2024. Be prepared to provide engagement number B116607 as proof of eligibility for the Identity Restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR 12-MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP

A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **$1 Million Identity Theft Insurance:** Provides coverage for certain costs and unauthorized electronic fund transfers.

\* Offline members will be eligible to call for additional reports quarterly after enrolling.

\*\* The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

theft, consumers will likely need to provide some proof that they have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and the relevant state Attorney General. This notice has not been delayed by law enforcement.

*For District of Columbia residents*, the District of Columbia Attorney General may be contacted at: 400 6th Street, NW, Washington, D.C. 20001; (202) 442-9828; and oag.dc.gov.

*For Maryland residents*, the Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-410-576-6300 or 1-888-743-0023; and https://www.marylandattorneygeneral.gov/.

*For New Mexico residents*, consumers have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in their credit file has been used against them, the right to know what is in their credit file, the right to ask for their credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to consumers' files is limited; consumers must give consent for credit reports to be provided to employers; consumers may limit "prescreened" offers of credit and insurance based on information in their credit report; and consumers may seek damages from violators. Consumers may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage consumers to review their rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents,* the New York Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.

*For Rhode Island residents*, the Rhode Island Attorney General may be reached at: 150 South Main Street, Providence, RI 02903; www.riag.ri.gov; and 1-401-274-4400. Under Rhode Island law, individuals have the right to obtain any police report filed in regard to this event. There are approximately 0 Rhode Island residents that may be impacted by this event.

B116607



# BUFFALO PD
# POLICE REPORT
## INFORMATION: DISPUTE

**Complaint** 23-2540545
Report Date & Time: 09/11/2023 12:29

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| SYCAMORE ST @ ELM ST | 'B' | 040 | 09/11/2023 12:28 | Monday | Shelter - Mission/Homeless |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Closed | | N | | | | |

Officers: P3713 - FERRO     P2213 - GIDNEY     Reporting: P3713 - FERRO
         P3962 - FONVILLE                     Supervisor:

## SUBJECT - 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| JOHNSON | ROBERT | | | 02/26/1984 | Black | M | 39 | N | N | PR |

| Address | City | State | Zip |
|---|---|---|---|
| 65 SIDNEY ST | BUFFALO | NY | 14211 |

| Home Phone | Work Phone | Cell Phone | Email |
|---|---|---|---|
| | (716) 445-1734 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## SUBJECT - 2

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MORALES | WILFREDO | L | | 10/01/1979 | White | M | 43 | N | N | PR |

| Address | City | State | Zip |
|---|---|---|---|
| 273 GEORGIA ST | BUFFALO | NY | 14201 |

| Home Phone | Work Phone | Cell Phone | Email |
|---|---|---|---|
| | | (716) 313-6899 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## NARRATIVE

**POLICE REPORT**   Date Entered: 09/11/2023 13:27   Typist: VICTOR FERRO   Officer: FERRO,VICTOR J - 174

SUBJECT 1 REPORTS ATTEMPTING TO GO TO THE EMPOWERMENT ACADEMY AT 327 ELM ST TO RECIEVE SERVICES AND SUBJECT 2 (SECURITY GUARD) ASKED HIM TO HAVE A SEAT AND LOWER HIS TONE OF VOICE. THEN GESTURED TOWARDS HIS WAISTBAND CAUSING SUBJECT 1 TO BELIEVE HE HAD A GUN. SUBJECT 1 REPORTS THERE WAS NO GUN OBSERVED AT ANY POINT DURING ENCOUNTER. SUBJECT 2 STATES HE ASKED SUBJECT 1 TO LISTEN TO THE STAFF ASSISTING HIM OR ELSE HE HAD TO LEAVE THE PREMISES. OFFICERS CHECKED GUARD FOR WEAPONS AROUND HIS WAISTBAND IN WHICH SUBJECT 2 WAS NOT CARRYING A FIREARM.

Officer: P3713 - FERRO                    Supervisor: -

Printed Date: 09/11/2023 04:01 PM                                         Page: 1