COURT CLERK
801 NORTH FLORIDA AVE.
TAMPA, FL 33602

Screened by
JS

U.S. COURTS
801 N. FLORIDA AVE.
TAMPA, FL 33602